# Adams Law Group LLC

*Attorneys at Law*
98 Lafayette Avenue
Second Floor
Suffern, NY 10901
(888) 738-0088

November 19, 2020

Howard Magaliff, Chapter 7 Trustee
Rich Michaelson & Magaliff, LLP
335 Madison Avenue, Ninth Floor
New York, New York 10017

**Filed Via ECF**

        Re:    In Re: Esquire Land Services LTD I
                  Case Number 20-23069-rdd

Dear Mr. Magaliff,

    This is to confirm that the Section 341 Meeting has been adjourned to December 18, 2020 at 9:00 A.M. and that I have agreed to serve all creditors with a copy of this letter. I thank you for your attention to this matter.

Sincerely,

*/s/ Benjamin M. Adams*

Benjamin M. Adams